**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
HONORABLE MARCIA S. KRIEGER**

Courtroom Deputy:  Patricia Glover            Date: October 12, 2011
Court Reporter:    Paul Zuckerman
Probation Officer: Jeannette Woll

Criminal Action No. 10-cr-00440-MSK

*Parties*:                                    *Counsel*:

UNITED STATES OF AMERICA,                     David Conner

       Plaintiff,

v.

JAHLON REID,                                  Robert Pepin

       Defendant.

___

**SENTENCING MINUTES**
___

**11:10 a. m.    Court in session**.

Defendant present on bond.

**Change of Plea Hearing on March 7, 2011.  Defendant pled guilty to Count 1 of the Indictment.**

Parties received and reviewed the presentence report and all addenda.

The parties **do not** dispute the facts contained in the presentence report.

The defendant **does** dispute the calculation of the sentence under the Federal Sentencing Guidelines as set forth in the original presentence report.  Argument.

The Government **does** request departure **(Doc. #144).**  Argument.

The defendant **does** contend that the sentence should be different from that calculated under the Sentencing Guidelines in light of the sentencing objectives set forth in 18 U.S.C. Section 3553(a). **(Doc. #149).**  Argument.

Allocution. - Statements made by:  The defendant.

Sentencing Minutes
Judge Marcia S. Krieger
Page 2

After consideration of the provisions of 18 U.S.C. 3553 (a), the Court announces the sentence it intends to impose as reflected in the record. Counsel are offered the opportunity for further argument. No further argument.

**ORDER:** The Government's Motion for Downward Departure **(Doc. #144)** is **GRANTED.**

**ORDER:** Defendant's Motion for Non-Guideline Sentence **(Doc. #149)** is **GRANTED in part and DENIED in part.**

**ORDER:** **THE DEFENDANT IS SENTENCED AS REFLECTED IN THE RECORD.**

The defendant is advised of his right to appeal.

**ORDER:** Defendant shall surrender to the facility designated by the United States Bureau of Prisons within 15 days of such designation.

**ORDER:** Bond will be exonerated at the time defendant reports to the designated facility.

**12:30 p.m.** **Court in recess.**

Total Time:   1 hour 20 minutes.
Hearing concluded.